**Motion Granted; Order filed December 21, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00930-CV

_____

## IN THE INTEREST OF C.A.G. III, A CHILD, Appellant

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-01043J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due originally due November 21, 2018. We granted an extension of time through December 18, 2018 noting that no further extensions would be entertained absent exceptional circumstances. On December 18, 2018 counsel filed a further request for extension of time. The motion is granted.

Therefore we order appellant's appointed counsel, Donald Crane, to file appellant's brief no later than **January 4, 2019.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of

court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM